# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BRETLAND R. LAWRENCE, *et al.*, | ) |
| Plaintiffs, | ) |
| vs. | ) Case No. 13-2102-JTM-KGG |
| ROBERT O. GAARDER, *et al.*, | ) |
| Defendants. | ) |

## **MEMORANDUM AND ORDER**

Before the Court is the Application for Leave to Withdraw as Counsel for Plaintiff Alisha Lawrence filed on November 12, 2013, by J. Kent Emison and Jessica Agnelly of the firm Langdon & Emison, counsel for Plaintiff in this action. (Doc. 30.) No response or objection has been filed and the time to do so has expired.

Withdrawal of counsel is governed by D.Kan. Rule 83.5.5, which requires counsel seeking to withdraw serve a copy of the motion on the party they represent either personally or by certified mail, restricted delivery, with return receipt requested. Proof of service is to be filed with the Clerk. On November 26, 2013, Counsel filed Supplemental Suggestions in support of their motion (Doc. 32) stating that they had served Plaintiff Alisha Lawrence with a copy of the motion

and attaching the certified mail receipts. (Docs. 32, 32-1, 32-2.) Counsel informed Plaintiff that she is personally responsible for complying with all orders of the Court and time limitations established by the rules of procedure or by court order. (Doc. 30-1.) Counsel have also provided Plaintiff with a copy of the Scheduling Order currently entered in this case, which contains all relevant dates set in this litigation. (*See id.*) As such, counsel has complied with the requirements of D. Kan. Rule 83.5.5.

**IT IS THEREFORE ORDERED** that the motion by J. Kent Emison and Jessica Agnelly to withdraw (Doc. 30) is **GRANTED** for good cause shown.

The Clerk of the Court shall forward a copy of this Order to Plaintiff by certified mail, return receipt requested.

IT IS SO ORDERED.

Dated at Wichita, Kansas, on this 23rd day of December, 2013.

                                        S/ KENNETH G. GALE
                                        KENNETH G. GALE
                                        United States Magistrate Judge